**FILED**

JUN 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ARMAN GABAEE, <br><br> Defendant - Appellant. | No. 24-7666 <br><br> D.C. Nos. 2:23-cv-10627-GW <br> 2:18-cr-00331-GW-1 <br> Central District of California, Los Angeles <br><br> ORDER |

Before: H.A. THOMAS and DESAI, Circuit Judges.

Appellant's motion to summarily remand and alternative request for a certificate of appealability (Docket Entry Nos. 11 & 12) are denied because appellant has not shown that "jurists of reason would find it debatable whether the [28 U.S.C. § 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Any pending motions are denied as moot.

**DENIED.**